**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON WADE TUFTE, ) | No. SACV 05-788-ODW (CW) |
| )  Petitioner, ) | JUDGMENT |
| v. ) | |
| J. SULLIVAN, Warden, ) | |
| )  Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED: August 3, 2010

OTIS D. WRIGHT, II
United States District Judge